**No. 43418.**—Protests 2907–K, etc., of Otto H. Hinck et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 26, 1940

**No. 43419.**—Protest 836229–G of Wm. X. Huber Co. (Los Angeles).

Opinion by BROWN, J. It was stipulated that the merchandise consists of feather dusters. The claim at 45 percent under paragraph 1518 was therefore sustained.

**No. 43420.**—Protest 711461–G of W. X. Huber Co. (Los Angeles).

Opinion by BROWN, J. On the authority of Abstracts 40854 and 41509 merchandise invoiced as "hemp palm brooms or brushes" was held dutiable at 50 percent under paragraph 1506. Bronze vases or flower vases were held dutiable at 40 percent under paragraph 339, Abstract 37050 followed. Incense was held entitled to free entry under paragraph 1703.

**No. 43421.**—Protest 17804–K of F. O. Merz & Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of embossed leather similar to that involved in Abstract 42423. The claim at 30 percent under paragraph 1530 (d) was therefore sustained.

**No. 43422.**—Protest 878764–G of Leonard W. Moritz Co. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.

**No. 43423.**—Protests 993081–G, etc., of James Loudon & Co. et al. (Los Angeles, etc.).

Opinion by BROWN, J. On the record presented the protests were overruled.